AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| ROKIT WORLD, INC. and ROKIT WORLD LIMITED | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| WILLIAMS GRAND PRIX ENGINEERING LIMITED, et al | ) ) ) |
| *Defendant(s)* | ) ) |

Civil Action No.   1:23-cv-21224-CMA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CLAIRE WILLIAMS
30 Finsbury Square,
London,
EC2A 1AG

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Larry Klayman
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Mar 30, 2023



**SUMMONS**

*s/ R. Bissainthe*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| ROKIT WORLD, INC. and ROKIT WORLD LIMITED | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| WILLIAMS GRAND PRIX ENGINEERING LIMITED, et al | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.   1:23-cv-21224-CMA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MICHAEL O'DRISCOLL
30 Finsbury Square,
London,
EC2A 1AG

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Larry Klayman
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Mar 30, 2023

*s/ R. Bissainthe*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ROKIT WORLD, INC. and ROKIT WORLD LIMITED | ) <br> ) <br> ) <br> ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| WILLIAMS GRAND PRIX ENGINEERING LIMITED, <br> et al | ) <br> ) <br> ) |
| *Defendant(s)* | ) |

Civil Action No.   1:23-cv-21224-CMA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DOUG LAFFERTY
Aston Martin
Banbury Road Gaydon, Warwick,
CV35 0DB

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Larry Klayman
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Mar 30, 2023
_____

*s/ R. Bissainthe*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| ROKIT WORLD, INC. and ROKIT WORLD LIMITED | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| WILLIAMS GRAND PRIX ENGINEERING LIMITED, et al | ) ) ) |
| *Defendant(s)* | ) ) ) |

Civil Action No.  1:23-cv-21224-CMA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   WILLIAMS GRAND PRIX
ENGINEERING LIMITED
Grove, Wantage, Oxfordshire,
OX12 0DQ

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Larry Klayman
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Mar 30, 2023

*s/ R. Bissainthe*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court